IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:04CR135** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **DANNY RODRIGUEZ-LOPEZ,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion for assistance with his appeal (Filing No. 32).

The Defendant was sentenced on November 22, 2004, to 70 months imprisonment and 3 years supervised release. Judgment was entered on November 26, 2004. The Defendant did not file a direct appeal, nor did he file a motion to vacate his sentence pursuant to 28 U.S.C. § 2255. The time for both filing a direct appeal and a § 2255 motion has run. Therefore, the Court cannot be of further assistance to the Defendant in this matter.

IT IS ORDERED that the Defendant's pro se motion for assistance with his appeal (Filing No. 32) is denied.

DATED this 19th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge